CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 2 3 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSEPH LEE GARRETT, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05cv00497 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| M. BLILEY, | ) | By: Hon. Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day it, is hereby

### ORDERED

that defendant's motion for summary judgement, document number 5, is hereby **GRANTED** as to all plaintiff's § 1983 claims. This case shall be **STRICKEN** from the active docket of the court.

Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Civil Procedure by filing a notice of appeal with this court within thirty (30) days of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5) or 4(a)(6).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff and counsel of record for the defendants.

ENTER: This 23rd day of September, 2005.

Jackson L. Kiser
Senior United States District Judge